**859-15**

# ELECTRONIC RECORD

CCA #
09-15-00175-CR
09-15-00176-CR
09-15-00177-CR

OFFENSE: Indecency with a Child

STYLE: Alpha James Badeaux v. The State of Texas

PUNISHMENT:
15 years
50 years
15 years

COUNTY: Montgomery

TRIAL COURT: 359th District Court

TRIAL COURT #: 05-02-01288 CR (Count 1,2,3)

TRIAL COURT JUDGE: Judge Kathleen Hamilton

DISPOSITION: DISMISSED

_____ MOTION

FOR REHEARING IS: _____

DATE: _____

JUDGE: _____

DATE: 06-24-15

JUSTICE: Chief Justice Steve McKeithen      PC ___ NO ___ S ___ YES

PUBLISH: NO          DNP: YES

CLK RECORD: _____       SUPP CLK RECORD: _____
RPT RECORD: _____       SUPP RPT RECORD: _____
STATE BR: _____         SUPP BR: _____
APP BR: _____           PRO SE BR: _____

**859-15**

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**                 CCA # _____ PD-0859-15 _____

--------------------

_____ PRO SE _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____ REFUSED _____

DATE: 11/04/2015

JUDGE: _Per Curiam_

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____      PC: _____

PUBLISH: _____      DNP: _____

--------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____